**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**KATIE YOUNG** **PLAINTIFF**

**v.** **NO. 4:25-CV-179-RPC-DAS**

**PARCHMENT LLC** **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 8, 2026, United States Magistrate Judge Sanders issued a Report and Recommendation [17], recommending that Plaintiff's claims be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). On September 15, 2026, Young timely filed her Objections to the Report and Recommendation [18].

Having considered the file and records in this action, the Court finds that the Magistrate Judge's Report and Recommendation [17] should be approved and adopted as the opinion of the Court. It is ORDERED:

(1) That the Report and Recommendation [17] of the United States Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the Court;

(2) That Young's objections [18] are OVERRULED, and her request for leave to amend her complaint is DENIED[1]; and

(3) That this case is hereby CLOSED.

SO ORDERED, this the 17th day of September, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**

---

[1] Local Uniform Civil Rule 7(b)(3) prohibits including a counter-motion within a response to another motion. Furthermore, Young has not submitted a proposed amended complaint for this Court to review in violation of Local Uniform Civil Rule 15.